No. 180. GEORGIA HARDWOOD LUMBER CO. v. COMPANIA
DE NAVEGACION TRANSMAR, S. A., OWNER OF S. S. KOTOR.
October 9, 1944. Petition for writ of certiorari to the Cir-
cuit Court of Appeals for the Fifth Circuit granted limited

to the first and second questions presented by the petition for the writ. *Mr. John Tilney Carpenter* for petitioner. *Mr. Wilbur E. Dow, Jr.* for respondent. ▮